UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
BUCKNER, TERESA B.                              §    Case No. 11-14663
                                                §
              Debtor(s)                         §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_ , for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_ , and now requests reimbursement for expenses of $ \_\_\_ , for total expenses of $ \_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Joseph A. Baldi, Trustee_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-14663 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BUCKNER, TERESA B. | | | Date Filed (f) or Converted (c): | 04/06/11 (f) |
| | | | | 341(a) Meeting Date: | 05/23/11 |
| For Period Ending: | 10/11/12 | | | Claims Bar Date: | 11/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6900 South Springfield Ave, Chicago, IL 60629 | 147,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Chase | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking/Savings PNC Bank | 85.00 | 0.00 | | 0.00 | FA |
| 5. Used personal household goods/items and furniture | 350.00 | 0.00 | | 0.00 | FA |
| 6. Used personal clothing and accessories | 200.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's Estimated Anticipated Tax Refund for 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Anticipated Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 1997 Checy Blazer 120000 | 1,650.00 | 0.00 | | 0.00 | FA |
| 10. Saftey Deposit Box Documents Only | 0.00 | 0.00 | | 0.00 | FA |
| 11. Personal Injury Claim | Unknown | 85,000.00 | | 98,000.00 | FA |
| Debtor's PI Attorney informed Trustee of estimated value of claim. | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $150,790.00 | $85,000.00 | | $98,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed motion to retain special counsel to represent Trustee in prosecution of PI claim; motion was denied
pending amended retention agremeement with proposed special counsel; Trustee prepared amended motion to retain
co-special counsel which was granted in April 2012; Trustee worked with secial counsel to settle the PI case; in June,
Trustee presented his motion to approve a compromise which was granted and Trustee collected settlement funds; Trustee
paid lien claims and Debtor's exemption; claim bar date expired in November 2011; preparing TFR

LFORM1    **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*               Ver: 17.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-14663   JBS   Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BUCKNER, TERESA B. | Date Filed (f) or Converted (c): | 04/06/11 (f) |
| | | 341(a) Meeting Date: | 05/23/11 |
| | | Claims Bar Date: | 11/30/11 |

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14663 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BUCKNER, TERESA B. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******7102 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5253 |  |  |
| For Period Ending: | 10/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  |  |  | 0.00 |
| 07/06/12 | 11 | BRISTOL WEST INSURANCE GROUP<br>% Abramson, Murtaugh & Coghlan<br>161 N. Clark Street<br>Suite 1800<br>Chicago, IL 60601 | Settlement Proceeds: PI Claim | 8,000.00 |  |  |  |  | 8,000.00 |
| 07/06/12 | 11 | BRISTOL WEST INSURANCE GROUP<br>% Abramson, Murtaugh & Coghlan<br>161 N. Clark Street<br>Suite 1800<br>Chicago, IL 60601 | Settlement Proceeds: PI Claim | 90,000.00 |  |  |  |  | 98,000.00 |
| 07/24/12 | 001001 | Preferred Open MRI<br>4200 W. 63rd Street<br>Chicago, IL 606029 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 6,036.67 |  |  | 91,963.33 |
| 07/24/12 | 001002 | Fullerton Surgery Center<br>4849 W. Fullerton Avenue<br>Chicago, IL 60639 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 7,500.00 |  |  | 84,463.33 |
| 07/24/12 | 001003 | NR Anesthesia<br>4849 W. Fullerton Avenue<br>Chicago, IL 60639 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 522.50 |  |  | 83,940.83 |
| 07/24/12 | 001004 | Dr. Michael Panek<br>4021 N. Broadway Street<br>Chicago, IL 60613 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 670.00 |  |  | 83,270.83 |
| 07/24/12 | 001005 | Clinic of Chicago Professionals<br>6135 W. Belmont Avenue<br>Chicago, IL 60634 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 650.00 |  |  | 82,620.83 |
| 07/24/12 | 001006 | Capital Health, Inc.<br>6135 West Belmont Avenue<br>Chicago, IL 60634 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 407.50 |  |  | 82,213.33 |
| 07/24/12 | 001007 | Allstate Payment Processing Center<br>PO Box 650271<br>Dallas, TX 75265-0271 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012<br>Allstate Claim No. 0110634994 FGG |  |  | 3,333.34 |  |  | 78,879.99 |
| 07/24/12 | 001008 | Dr. Michael Malek<br>555 West Court Street, Suite 406 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 |  |  | 6,153.34 |  |  | 72,726.65 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-14663 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BUCKNER, TERESA B. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7102 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5253 | | |
| For Period Ending: | 10/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 07/24/12 | 001009 | Kankakee, Illinois 60901<br>Global Rehabilitation Clinic<br>Attn: Peter Slavin<br>8269 W. Golf Road<br>Niles, IL 60714 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | | | 4,418.00 | | | 68,308.65 |
| 07/24/12 | 001010 | Oasis Legal Finance, LLC<br>40 N. Skokie Blvd, 5th Floor<br>Northbrook, IL 60062 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | | | 1,960.00 | | | 66,348.65 |
| 07/24/12 | 001011 | Scott B. Wolfman<br>Michael D. Mannis<br>C/o Wolfman & Associates<br>641 W. Lake Street<br>Suite 400<br>Chicago, IL 60661 | Final Compensation - P.I. Case<br>Allowed per Court Order dated June 28, 2012 | | | 32,666.66 | | | 33,681.99 |
| 07/24/12 | 001012 | Scott B. Wolfman<br>Michael D. Mannis<br>C/o Wolfman & Associates<br>641 W. Lake Street<br>Suite 400<br>Chicago, IL 60661 | Special Counsel Expenses<br>Allowed per Court Order dated 6/28/12 | | | 2,479.56 | | | 31,202.43 |
| 07/24/12 | 001013 | Teresa B. Buckner<br>6900 S. Springfield<br>Chicago, IL 60629 | Debtor's Exemption in P.I. Claim<br>Allowed per Court Order dated June 28, 2012 | | | 15,000.00 | | | 16,202.43 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-14663 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BUCKNER, TERESA B. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7102 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5253 | | |
| For Period Ending: | 10/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******7102 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 13 | Checks | 81,797.57 |
| 2 | Deposits | 98,000.00 | 0 | Adjustments Out | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 98,000.00 | | | |
| | | | | Total | $ 81,797.57 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 98,000.00 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2XT

Ver: 17.00a

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 11, 2012 |

Case Number:  11-14663  
Debtor Name:  BUCKNER, TERESA B.

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3210-60 | Scott B. Wolfman<br>Michael D. Mannis<br>C/o Wolfman & Associates<br>641 W. Lake Street<br>Suite 400<br>Chicago, IL 6066 | Administrative | | $32,666.66 | $32,666.66 | $0.00 |
| 001<br>3220-61 | Scott B. Wolfman<br>Michael D. Mannis<br>C/o Wolfman & Associates<br>641 W. Lake Street<br>Suite 400<br>Chicago, IL 60661 | Administrative | | $2,479.56 | $2,479.56 | $0.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $6,055.00 | $0.00 | $6,055.00 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Administrative | | $4,000.00 | $0.00 | $4,000.00 |
| | Subtotal for Priority 001 | | | $45,201.22 | $35,146.22 | $10,055.00 |
| 050<br>4220-00 | Preferred Open MRI<br>4200 W. 63rd Street<br>Chicago, IL 606029 | Secured | | $6,036.67 | $6,036.67 | $0.00 |
| 050<br>4220-00 | Fullerton Surgery Center<br>4849 W. Fullerton Avenue<br>Chicago, IL 60639 | Secured | | $7,500.00 | $7,500.00 | $0.00 |
| 050<br>4220-00 | NR Anesthesia<br>4849 W. Fullerton Avenue<br>Chicago, IL 60639 | Secured | | $522.50 | $522.50 | $0.00 |
| 050<br>4220-00 | Dr. Michael Panek<br>4021 N. Broadway Street<br>Chicago, IL 60613 | Secured | | $670.00 | $670.00 | $0.00 |
| 050<br>4220-00 | Clinic of Chicago Professionals<br>6135 W. Belmont Avenue<br>Chicago, IL 60634 | Secured | | $650.00 | $650.00 | $0.00 |
| 050<br>4220-00 | Capital Health, Inc.<br>6135 West Belmont Avenue<br>Chicago, IL 60634 | Secured | | $407.50 | $407.50 | $0.00 |
| 050<br>4220-00 | Allstate Payment Processing Center<br>PO Box 650271<br>Dallas, TX 75265-0271 | Secured | | $3,333.34 | $3,333.34 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 11, 2012 |

Case Number: 11-14663  
Debtor Name: BUCKNER, TERESA B.

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 050<br>4220-00 | Dr. Michael Malek<br>555 West Court Street, Suite 406<br>Kankakee, Illinois 60901 | Secured | | $6,153.34 | $6,153.34 | $0.00 |
| 050<br>4220-00 | Global Rehabilitation Clinic<br>Attn: Peter Slavin<br>8269 W. Golf Road<br>Niles, IL 60714 | Secured | | $4,418.00 | $4,418.00 | $0.00 |
| 050<br>4220-00 | Oasis Legal Finance, LLC<br>40 N. Skokie Blvd, 5th Floor<br>Northbrook, IL 60062 | Secured | | $1,960.00 | $1,960.00 | $0.00 |
| | Subtotal for Priority 050 | | | $31,651.35 | $31,651.35 | $0.00 |
| 000001<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $1,584.51 | $0.00 | $1,584.51 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $2,320.52 | $0.00 | $2,320.52 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,103.31 | $0.00 | $7,103.31 |
| 000004<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (4-1) JCPENNEY CREDIT SERVICES or GEMB | $403.75 | $0.00 | $403.75 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) CARECREDIT/GEMB or GEMB | $3,247.60 | $0.00 | $3,247.60 |
| 000006<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | (6-1) collateral = unsecured asset   5428<br>(6-1) submitted by jborkey | $5,182.94 | $0.00 | $5,182.94 |
| | Subtotal for Priority 070 | | | $19,842.63 | $0.00 | $19,842.63 |
| 999<br>8100-00 | Teresa B. Buckner<br>6900 S. Springfield<br>Chicago, IL 60629 | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| | Subtotal for Priority 999 | | | $15,000.00 | $15,000.00 | $0.00 |
| | Case Totals: | | | $111,695.20 | $81,797.57 | $29,897.63 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-14663  
Case Name: BUCKNER, TERESA B.  
Trustee Name: Joseph A. Baldi, Trustee  

    Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Preferred Open MRI | $ | $ | $ | $ |
| | Fullerton Surgery Center | $ | $ | $ | $ |
| | NR Anesthesia | $ | $ | $ | $ |
| | Dr. Michael Panek | $ | $ | $ | $ |
| | Clinic of Chicago Professionals | $ | $ | $ | $ |
| | Capital Health, Inc. | $ | $ | $ | $ |
| | Allstate Payment Processing Center | $ | $ | $ | $ |
| | Dr. Michael Malek | $ | $ | $ | $ |
| | Global Rehabilitation Clinic | $ | $ | $ | $ |
| | Oasis Legal Finance, LLC | $ | $ | $ | $ |

    Total to be paid to secured creditors                          $_____

    Remaining Balance                                                       $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: Scott B. Wolfman | $ | $ | $ |
| Other: Scott B. Wolfman | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | GE Capital Retail Bank | $ | $ | $ |
| 000005 | GE Capital Retail Bank | $ | $ | $ |
| 000006 | PNC BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE