UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                    )   Chapter 7
                                         )
Teresa B. Buckner,                       )   Case No. 11-14663
                                         )
          Debtor.                        )   Hon. Jack B. Schmetterer
                                         )   Hearing Date: December 20, 2012
                                         )   Hearing Time: 10:30 A.M.

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:              Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:       Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:                     November 28, 2011

Period for Which
Compensation is sought:         August 31, 2011 to Close of Case

Amount of Fees sought:          $6,055.00

Amount of Expense
Reimbursement sought:           $0.00

This is an:    Interim Application __    Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___ .

Dated: November 13, 2012            Baldi Berg & Wallace, Ltd.


                                    By: ____/s/Joseph A. Baldi_____
                                            Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Teresa B. Buckner, | ) | Case No. 11-14663 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: |
| | ) | Hearing Time: |

**Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd., ("BBW"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Teresa B. Buckner, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of $6,055.00 as final compensation for 28.10 hours of legal services rendered to the Trustee from August 31, 2011 through the close of this case. In support thereof, BBW respectfully states as follows:

**Introduction**

1. Debtor commenced this case on April 6, 2011 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was the Debtor's claim for damages sustained as a result of an auto accident ("PI Claim") which was the subject of a lawsuit filed pre-petition and captioned <u>Teresa B. Buckner v. Jacqueline Watters Rothfahn</u>, Case No. 10 L 545 ("Lawsuit").

4. The bar date for filing claims in this case was November 30, 2011.

### Retention of BBW

5. On November 28, 2011, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as his counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

Joseph A. Baldi -- Partner
Julia D. Loper – Associate
Ricki K. Podorovsky – Paralegal
Jason Manola – Case Assistant/Paralegal
Rebecca E. Neubauer – Law Clerk

### Prior Compensation Received

7. This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8. Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BBW during the period covered by this Application are summarized as follows: BBW prepared and presented the Trustee's Motion to Employ Attorneys; BBW represented the Trustee with respect to the negotiation with special counsel retained by

Debtor pre-petition for the contingency fee agreement that was ultimately approved by this Court; BBW prepared and presented the Trustee's Motion to Retain Special Counsel to represent the Trustee in the Lawsuit; BBW advised the Trustee as to the proposed settlement of the Lawsuit and the effect of the proposed settlement in the bankruptcy case; as directed by Trustee, BBW prepared and presented the Trustee's Motion to Settle the Lawsuit; as a result of the settlement which was approved by this Court pursuant to the Order dated June 28, 2012 ("Settlement Order"), the Estate recovered gross proceeds of $98,000.00; BBW prepared this final fee application; and BBW otherwise represented and advised the Trustee with respect to his duties under the Bankruptcy Code.

In connection with the foregoing, BBW spent 28.10 hours for which it requests allowance and payment of final compensation in the amount of $6,055.00.

**Compensation Requested**

10.   BBW has expended a total of 28.10 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $6,055.00.

11.   All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.   The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each

3

person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

14. BBW has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

18. Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

19. From the proceeds of the settlement and pursuant to the Settlement Order, Trustee paid his special counsel the allowed contingency fees and expenses as well as the valid liens asserted against the Lawsuit. Trustee currently has approximately $16,000.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any fees

which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

20. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case representing approximately 30.00% of allowed timely filed claims.

### Trustee's Approval

21. BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $6,055.00 for actual and necessary professional services rendered to the Trustee from August 31, 2011 through the closing of this case; and

B. For such other and further relief as this Court deems appropriate.

Dated: October 16, 2012

> Baldi Berg & Wallace, Ltd.
>
> Attorneys for Joseph A. Baldi, as trustee of the estate of Teresa B. Buckner, debtor
>
> By:____/s/Joseph A. Baldi_____

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.  Suite 1500
Chicago, IL  60603
312.726.8150

**Baldi Berg & Wallace**  
**Final Fee Application**

Teresa B. Buckner  
Case No. 11-14663

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-14663 |
| TERESA B. BUCKNER | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ General Counsel**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Teresa B. Buckner, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 28, 2011

**Prepared by:**

Joseph A. Baldi/ID No. 00100145
Elizabeth C. Berg/I.D. No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60603
(312) 726-8150

**Baldi Berg & Wallace**            **Teresa B. Buckner**
**Final Fee Application**            **Case No. 11-14663**

## Professional Qualifications

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission. Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg & Wallace**                                                              **Teresa B. Buckner**
**Final Fee Application**                                           **Case No. 11-14663**

**Billing Statements**

**Exhibit C**

## Baldi Berg & Wallace, Ltd.
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

FEIN: 36-4352753

---

**Invoice submitted to:**

October 11, 2012
Invoice No:   02098

Joseph A. Baldi, Trustee
Baldi Berg & Wallace, Ltd.
19 S. LaSalle St.
Chicago, IL 60603

**In Reference to:**   *Buckner, Teresa B. - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 8/31/2011 | RKP | Phone call to S. Wolfman re: information needed to prepare motion to retain as special counsel; spoke with Wolfman requesting information needed and explaining retention as special counsel | 0.20 $190.00/ hr | $38.00 |
| 9/14/2011 | RKP | Phone conversation with Wolfman's office regarding retention and special counsel | 0.10 $190.00/ hr | $19.00 |
| 9/20/2011 | RKP | Correspondence to Wolfman re: need for retention agreement between Wolfman and Debtor and terms of retention by Trustee | 0.30 $190.00/ hr | $57.00 |
| 11/02/2011 | RKP | Review court records re: PI case (.1); review file for information to prepare motion to employ special counsel (.1); prepare motion to employ special counsel (.8); affidavit (.1); correspondence to Wolfman re: same (.2); prepare motion to employ general counsel (.6) and affidavit (.1). | 2.00 $190.00/ hr | $380.00 |
| 11/03/2011 | RKP | Edit application to retain co-special counsel (.5); edit affidavit of Mannis (.1); edit affidavit of Wolfman (.1); draft letter to Mannis re; retention (.2). | 0.90 $190.00/ hr | $171.00 |

**Baldi Berg & Wallace, Ltd**                                               10/11/2012

Buckner, Teresa B. - General Administration                                 Page    2

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/10/2011 | RKP | Amend motion to employ BBW to prepare for filing (.2); efile (.1); amend motion to employ special counsel to prepare for filing (.2) and efile (.1). | 0.60<br>$190.00/ hr | $114.00 |
| 11/16/2011 | RKP | Edit motion to employ general counsel (.1) and prepare for filing (.1); efile (.1); edit motion to employ special counsel (.1) and prepare for filing (.1); efile (.1). | 0.60<br>$190.00/ hr | $114.00 |
| 11/28/2011 | JAB | Appear on Buckner (Schmetterer)--Motions to Employ General and Special Counsel, continue same for amendment of special counsel agreements. | 0.50<br>$425.00/ hr | $212.50 |
| 12/05/2011 | RKP | Prepare withdrawal of motion to employ special counsel (.1); phone conversation with chambers re: same (.1) | 0.20<br>$190.00/ hr | $38.00 |
| 2/23/2012 | JDL | Prepare motion to employ co-special counsel with new engagement agreements. | 1.10<br>$235.00/ hr | $258.50 |
| 2/27/2012 | JDL | Prepare new contingent fee agreement. | 0.50<br>$235.00/ hr | $117.50 |
| 2/28/2012 | JDL | Finalize contingent fee agreements. (.4) Finalize motion to employ co-special counsel (1.0) Email contracts and affidavits to co-counsel (.2) | 1.60<br>$235.00/ hr | $376.00 |
| 3/01/2012 | JDL | Teleconference to S. Wolfman re: retainer agreement. (.1) Forward documents to secretary re same (.1) Teleconference to M. Mannis re: retainer agreement (.1) Emails re: same (.2) | 0.50<br>$235.00/ hr | $117.50 |
| 3/05/2012 | JDL | Conference w/ Trustee re: attorney agreement (.1) | 0.10<br>$235.00/ hr | $23.50 |
| 3/06/2012 | JDL | Revise contingent fee agreement (Mannis) (.5) Email to Mannis re: expenses (.2) | 0.70<br>$235.00/ hr | $164.50 |

**Baldi Berg & Wallace, Ltd**                                                                 10/11/2012

Buckner, Teresa B. - General Administration                                          Page    3

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/11/2012 | JMM | Phone Call from Attorney Wolfman re: P.I. Settlement (.2) & Email to JAB re: PI case (.1) | 0.30<br>$85.00/ hr | $25.50 |
| 4/16/2012 | JDL | Teleconference w/ Mannis re: retainer agreement. (.2) Emails to/from Mannis and Wolfman with affidavits and agreements (.4) Finalize motion to employ co-special counsel. (.6) | 1.20<br>$235.00/ hr | $282.00 |
| 4/20/2012 | JAB | Prepare for and attend hearing on Application to Employ Co-special Counsel (Schmetterer) | 0.50<br>$450.00/ hr | $225.00 |
| 4/23/2012 | JDL | Forward order approving employment to special counsel and questions re: settlement. | 0.40<br>$235.00/ hr | $94.00 |
| 5/17/2012 | JDL | Conference w/ JAB re: settlement (.2) Email to special counsel re: same (.1) | 0.30<br>$235.00/ hr | $70.50 |
| 5/21/2012 | JDL | Respond to special counsel email re: payment of settlement proceeds to estate, | 0.20<br>$235.00/ hr | $47.00 |
| 6/06/2012 | JDL | Review settlement statement for PI case (.3) Emails to/from PI counsel re: settlement motion and continuation of trial. (.3)  Prepare Motion to approve settlement (1.8) Prepare 2002 notice for settlement motion (.4) | 2.80<br>$235.00/ hr | $658.00 |
| 6/11/2012 | JDL | Review claim reduction documents sent by special counsel (.2) Email to special counsel re: original claim notifications (.2) | 0.40<br>$235.00/ hr | $94.00 |
| 6/14/2012 | JDL | Further email to special counsel requesting lien notices (.2) Review lien notices (.4)  Email to special counsel re: notices not included (.1) | 0.70<br>$235.00/ hr | $164.50 |

**Baldi Berg & Wallace, Ltd**                                                              10/11/2012

Buckner, Teresa B. - General Administration                                         Page     4

---

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/18/2012 | JDL | Emails to/from special counsel re: lien notice deficiencies. | 0.20 $235.00/ hr | $47.00 |
| 6/19/2012 | JDL | Conference w/ ECB re: validity of liens (.3) Conference w/ Rebecca re: research update on Physicians lien act (.5) Email to special counsel re: deficiencies in lien notice (.2) Review medical liens (.5) | 1.50 $235.00/ hr | $352.50 |
| 6/19/2012 | REN | Researching and analyzing IL caselaw regarding Health Care Services Lien Act (770 ILCS 23/1) | 2.70 $100.00/ hr | $270.00 |
| 6/20/2012 | JDL | Revise Motion to employ attorneys (BBW) (.5) Email to special counsel re: global rehab lien notice (.1) Conference w/ JAB re: same (.1) | 0.70 $235.00/ hr | $164.50 |
| 6/21/2012 | JDL | Teleconference w/ co-special counsel re: execution of release (.2) Email w/ instructions re: same (.1) Finalize Motion to Approve settlement (1.8) Prepare proposed order (.2) | 2.30 $235.00/ hr | $540.50 |
| 6/21/2012 | JMM | update service list | 0.30 $125.00/ hr | $37.50 |
| 6/28/2012 | JDL | Prepare for and appear on Motion to approve compromise and settlement (.8) Prepare letter to settling party with Order and Release and instructions for payment. (.4) | 1.20 $235.00/ hr | $282.00 |
| 7/10/2012 | JDL | Respond to inquiry by PI attorneys regarding settlement checks. | 0.10 $235.00/ hr | $23.50 |
| 7/24/2012 | JDL | Respond to special counsel email re: disbursement of fee and costs. | 0.20 $235.00/ hr | $47.00 |
| 10/10/2012 | RKP | Prepare BBW final fee application (1.5); prepare coversheet, notice of motion, proposed order and affidavit (.4); review/revise fee application and related documents (.3). | 2.20 $195.00/ hr | $429.00 |

**Baldi Berg & Wallace, Ltd**                                                              10/11/2012

Buckner, Teresa B. - General Administration                                         Page    5

|  |  |
|---|---|
| Total Fees | $6,055.00 |
| Total New Charges | $6,055.00 |
| Previous Balance | $0.00 |
| Balance Due | $6,055.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 0.50 | $425.00 |
| Joseph A Baldi | 0.50 | $450.00 |
| Julia D Loper | 16.70 | $235.00 |
| Jason M Manola | 0.30 | $85.00 |
| Jason M Manola | 0.30 | $125.00 |
| Rebecca E Neubauer | 2.70 | $100.00 |
| Ricki K Podorovsky | 4.90 | $190.00 |
| Ricki K Podorovsky | 2.20 | $195.00 |

**Baldi Berg & Wallace**  **Teresa B. Buckner**
**Final Fee Application**  **Case No. 11-14663**

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Teresa B. Buckner, | ) | Case No. 11-14663 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Rule 2016 Affidavit**

State of Illinois     )
County of Cook    )

      I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

      1.      I am the principal of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

      2.      I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

      3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

      4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

      5.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this _8_ day of November, 2012

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**