UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BUCKNER, TERESA B. § Case No. 11-14663
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on  December 20, 2012
        in Courtroom 682, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

    If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner_____
                                           Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BUCKNER, TERESA B. § Case No. 11-14663
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 98,000.00 |
| and approved disbursements of | $ | 81,797.57 |
| leaving a balance on hand of[1] | $ | 16,202.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Preferred Open MRI | $ 6,036.67 | $ 6,036.67 | $ 6,036.67 | $ 0.00 |
| | Fullerton Surgery Center | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | $ 0.00 |
| | NR Anesthesia | $ 522.50 | $ 522.50 | $ 522.50 | $ 0.00 |
| | Dr. Michael Panek | $ 670.00 | $ 670.00 | $ 670.00 | $ 0.00 |
| | Clinic of Chicago Professionals | $ 650.00 | $ 650.00 | $ 650.00 | $ 0.00 |
| | Capital Health, Inc. | $ 407.50 | $ 407.50 | $ 407.50 | $ 0.00 |
| | Allstate Payment Processing Center | $ 3,333.34 | $ 3,333.34 | $ 3,333.34 | $ 0.00 |
| | Dr. Michael Malek | $ 6,153.34 | $ 6,153.34 | $ 6,153.34 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Global Rehabilitation Clinic | $ 4,418.00 | $ 4,418.00 | $ 4,418.00 | $ 0.00 |
| | Oasis Legal Finance, LLC | $ 1,960.00 | $ 1,960.00 | $ 1,960.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 16,202.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 6,055.00 | $ 0.00 | $ 6,055.00 |
| Other: Scott B. Wolfman | $ 32,666.66 | $ 32,666.66 | $ 0.00 |
| Other: Scott B. Wolfman | $ 2,479.56 | $ 2,479.56 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 10,055.00 |
| Remaining Balance | $ 6,147.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,842.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 1,584.51 | $ 0.00 | $ 490.90 |
| 000002 | FIA CARD SERVICES, N.A. | $ 2,320.52 | $ 0.00 | $ 718.92 |
| 000003 | Chase Bank USA, N.A. | $ 7,103.31 | $ 0.00 | $ 2,200.67 |
| 000004 | GE Capital Retail Bank | $ 403.75 | $ 0.00 | $ 125.09 |
| 000005 | GE Capital Retail Bank | $ 3,247.60 | $ 0.00 | $ 1,006.13 |
| 000006 | PNC BANK | $ 5,182.94 | $ 0.00 | $ 1,605.72 |

Total to be paid to timely general unsecured creditors    $ 6,147.43

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois

In re:                                                                 Case No. 11-14663-JBS
Teresa B. Buckner                                                      Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1            User: bchavez                Page 1 of 2                  Date Rcvd: Nov 14, 2012
                                Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2012.
db           +Teresa B. Buckner,    6900 S. Springfield Ave.,    Chicago, IL 60629-4246
17082485      AT&T,    5020 Ash Grove Road,    Springfield, IL 62711-6329
17082486      Bank of America,    120 S. LaSalle Street,    Chicago, IL 60602
17082487     +Best Buy,    Po Box 17298,    Baltimore, MD 21297-1298
17082489     +Carson Pirie Scott,    Retail Services,    Po Box 17264,    Baltimore, MD 21297-1264
17082490     +Chase,   JPMorgan Chase Bank, N.A.,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
17805871      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17768314      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17082491     +FIA Card Services,    PO Box 851001,    Dallas, TX 75285-1001
17082494      Macy's,   PO BOX 689195,    Des Moines, IA 50368-9195
17082495     +Nicor Gas,    P.O. Box 3042,    Naperville, IL 60566-7042
18085083     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17082496     +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17082488     +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2012 03:09:39      Care Credit,    P.O. Box 960061,
               Orlando, FL 32896-0061
18032957      E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2012 03:08:16      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17082492      E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2012 02:57:42      GMAC,    PO Box 130434,
               Saint Paul, MN 55113
17082493     +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2012 03:03:05      JCPenny,    P.O. Box 960090,
               Orlando, FL 32896-0090
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Baldi Berg &  Wallace, Ltd
aty              Michael D Mannis
aty              Scott B Wolfman
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2012**         **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Nov 14, 2012
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2012 at the address(es) listed below:
          Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph Baldi jloper@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas G Stahulak    on behalf of Debtor Teresa Buckner ecf@stahulakandassociates.com,
           lawofficetgs@gmail.com
                                                                                      TOTAL: 5