UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUCKNER, TERESA B. | § | Case No. 11-14663 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Teresa B. Buckner |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 120 S. LaSalle Street Chicago, IL 60602 |  |  |  |  |  |
|  | GMAC PO Box 130434 Saint Paul, MN 55113 |  |  |  |  |  |
|  | ALLSTATE PAYMENT PROCESSING CENTER |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL HEALTH, INC. | | | | | |
| | CLINIC OF CHICAGO PROFESSIONALS | | | | | |
| | DR. MICHAEL MALEK | | | | | |
| | DR. MICHAEL PANEK | | | | | |
| | FULLERTON SURGERY CENTER | | | | | |
| | GLOBAL REHABILITATION CLINIC | | | | | |
| | NR ANESTHESIA | | | | | |
| | OASIS LEGAL FINANCE, LLC | | | | | |
| | PREFERRED OPEN MRI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WOLFMAN | | | | | |
| WOLFMAN MANNIS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T 5020 Ash Grove Road Springfield, IL 62711-6329 | | | | | |
| | Bank of America 120 S. LaSalle Street Chicago, IL 60602 | | | | | |
| | Best Buy Po Box 17298 Baltimore, MD 21297 | | | | | |
| | Carson Pirie Scott Retail Services Po Box 17264 Baltimore, MD 21297 | | | | | |
| | Macy's PO BOX 689195 Des Moines, IA 50368-9195 | | | | | |
| | Nicor Gas P.O. Box 3042 Naperville, IL 60566 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | GE CAPITAL RETAIL BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - BUCKNER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-14663 JBS Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BUCKNER, TERESA B. | Date Filed (f) or Converted (c): | 04/06/11 (f) |
| | | 341(a) Meeting Date: | 05/23/11 |
| For Period Ending: | 03/18/13 | Claims Bar Date: | 11/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6900 South Springfield Ave, Chicago, IL 60629 | 147,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Chase | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking/Savings PNC Bank | 85.00 | 0.00 | | 0.00 | FA |
| 5. Used personal household goods/items and furniture | 350.00 | 0.00 | | 0.00 | FA |
| 6. Used personal clothing and accessories | 200.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's Estimated Anticipated Tax Refund for 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Anticipated Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 1997 Checy Blazer 120000 | 1,650.00 | 0.00 | | 0.00 | FA |
| 10. Saftey Deposit Box Documents Only | 0.00 | 0.00 | | 0.00 | FA |
| 11. Personal Injury Claim | Unknown | 85,000.00 | | 98,000.00 | FA |
| Debtor's PI Attorney informed Trustee of estimated value of claim. | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $150,790.00 | $85,000.00 | | $98,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed motion to retain special counsel to represent Trustee in prosecution of PI claim; motion was denied
pending amended retention agremeement with proposed special counsel; Trustee prepared amended motion to retain
co-special counsel which was granted in April 2012; Trustee worked with secial counsel to settle the PI case; in June,
Trustee presented his motion to approve a compromise which was granted and Trustee collected settlement funds; Trustee
paid lien claims and Debtor's exemption; claim bar date expired in November 2011; preparing TFR

LFORM1

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 1 - BUCKNER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 11-14663    JBS    Judge: Jack B. Schmetterer |
| Case Name: | BUCKNER, TERESA B. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 04/06/11 (f) |
| 341(a) Meeting Date: | 05/23/11 |
| Claims Bar Date: | 11/30/11 |

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 06/30/14

/s/    Joseph A. Baldi, Trustee
_____    Date: 03/18/13
JOSEPH A. BALDI, TRUSTEE

FORM 2 - Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-14663 -JBS | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | BUCKNER, TERESA B. | Bank Name: Congressional Bank |
| | | Account Number / CD #: *******7102 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5253 | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/12 | 11 | BRISTOL WEST INSURANCE GROUP<br>% Abramson, Murtaugh & Coghlan<br>161 N. Clark Street<br>Suite 1800<br>Chicago, IL 60601 | Settlement Proceeds: PI Claim | 1142-000 | 8,000.00 | | 8,000.00 |
| 07/06/12 | 11 | BRISTOL WEST INSURANCE GROUP<br>% Abramson, Murtaugh & Coghlan<br>161 N. Clark Street<br>Suite 1800<br>Chicago, IL 60601 | Settlement Proceeds: PI Claim | 1142-000 | 90,000.00 | | 98,000.00 |
| 07/24/12 | 001001 | Preferred Open MRI<br>4200 W. 63rd Street<br>Chicago, IL 606029 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 6,036.67 | 91,963.33 |
| 07/24/12 | 001002 | Fullerton Surgery Center<br>4849 W. Fullerton Avenue<br>Chicago, IL 60639 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 7,500.00 | 84,463.33 |
| 07/24/12 | 001003 | NR Anesthesia<br>4849 W. Fullerton Avenue<br>Chicago, IL 60639 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 522.50 | 83,940.83 |
| 07/24/12 | 001004 | Dr. Michael Panek<br>4021 N. Broadway Street<br>Chicago, IL 60613 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 670.00 | 83,270.83 |
| 07/24/12 | 001005 | Clinic of Chicago Professionals<br>6135 W. Belmont Avenue<br>Chicago, IL 60634 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 650.00 | 82,620.83 |
| 07/24/12 | 001006 | Capital Health, Inc.<br>6135 West Belmont Avenue<br>Chicago, IL 60634 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 407.50 | 82,213.33 |
| 07/24/12 | 001007 | Allstate Payment Processing Center | Health Care Lien | 4220-000 | | 3,333.34 | 78,879.99 |
| | | | Page Subtotals | | 98,000.00 | 19,120.01 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - PAGE 11

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14663 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BUCKNER, TERESA B. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7102 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5253 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/24/12 | 001008 | PO Box 650271<br>Dallas, TX 75265-0271<br>Dr. Michael Malek | Allowed per Court Order dated June 28, 2012<br>Allstate Claim No. 0110634994 FGG<br>Health Care Lien | 4220-000 | | 6,153.34 | 72,726.65 |
| 07/24/12 | 001009 | 555 West Court Street, Suite 406<br>Kankakee, Illinois 60901<br>Global Rehabilitation Clinic<br>Attn: Peter Slavin<br>8269 W. Golf Road<br>Niles, IL 60714 | Allowed per Court Order dated June 28, 2012<br>Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 4,418.00 | 68,308.65 |
| 07/24/12 | 001010 | Oasis Legal Finance, LLC<br>40 N. Skokie Blvd, 5th Floor<br>Northbrook, IL 60062 | Health Care Lien<br>Allowed per Court Order dated June 28, 2012 | 4220-000 | | 1,960.00 | 66,348.65 |
| 07/24/12 | 001011 | Scott B. Wolfman<br>Michael D. Mannis<br>C/o Wolfman & Associates<br>641 W. Lake Street<br>Suite 400<br>Chicago, IL 60661 | Final Compensation - P.I. Case<br>Allowed per Court Order dated June 28, 2012 | 3220-610 | | 32,666.66 | 33,681.99 |
| 07/24/12 | 001012 | Scott B. Wolfman<br>Michael D. Mannis<br>C/o Wolfman & Associates<br>641 W. Lake Street<br>Suite 400<br>Chicago, IL 60661 | Special Counsel Expenses<br>Allowed per Court Order dated 6/28/12 | 3220-610 | | 2,479.56 | 31,202.43 |
| 07/24/12 | 001013 | Teresa B. Buckner<br>6900 S. Springfield<br>Chicago, IL 60629 | Debtor's Exemption in P.I. Claim<br>Allowed per Court Order dated June 28, 2012 | 8100-002 | | 15,000.00 | 16,202.43 |
| 12/20/12 | 001014 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500 | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,055.00 | 10,147.43 |

Page Subtotals    0.00    68,732.56

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2 - PAGE 12

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 11-14663 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | BUCKNER, TERESA B. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******7102 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5253 |  |  |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/12 | 001015 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 |  | 4,000.00 | 6,147.43 |
| 12/20/12 | 001016 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000001, Payment 30.98119% | 7100-000 |  | 490.90 | 5,656.53 |
| 12/20/12 | 001017 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 30.98099% | 7100-000 |  | 718.92 | 4,937.61 |
| 12/20/12 | 001018 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 30.98091% | 7100-000 |  | 2,200.67 | 2,736.94 |
| 12/20/12 | 001019 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 30.98204% | 7100-000 |  | 125.09 | 2,611.85 |
| 12/20/12 | 001020 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 30.98072% | 7100-000 |  | 1,006.13 | 1,605.72 |
| 12/20/12 | 001021 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000006, Payment 30.98087% | 7100-000 |  | 1,605.72 | 0.00 |

Page Subtotals   0.00   10,147.43

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2 - PAGE 13

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-14663 -JBS |
| Case Name: | BUCKNER, TERESA B. |
| Taxpayer ID No: | *******5253 |
| For Period Ending: | 03/18/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7102 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 98,000.00 | 98,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 98,000.00 | 98,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 98,000.00 | 83,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - ********7102 | | 98,000.00 | 83,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 98,000.00 | 83,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*